# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1753
LT Case No. 2019-CF-3339-A

_____

MICHAEL ALEXANDER BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

W. Charles Fletcher, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.


December 12, 2023


PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____